<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

---

**No. 04-2184**

---

WILLIAM E. REEVES, JR.,

                                   Petitioner - Appellant,

        versus

COMMISSIONER OF INTERNAL REVENUE,

                                   Respondent - Appellee.

---

On appeal from the United States Tax Court.
(04-6797)

---

Submitted:  December 16, 2004      Decided:  December 20, 2004

---

Before MICHAEL, KING, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

William E. Reeves, Jr., Appellant Pro Se.  Eileen J. O'Connor,
Assistant Attorney General, Carol Ann Barthel, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C.; Donald L. Korb, INTERNAL
REVENUE SERVICE, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

William E. Reeves, Jr., appeals from the tax court's decision upholding the Commissioner's determination of deficiencies and additions to tax for the years 1998 through 2001. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the tax court. See <u>Reeves v. Commissioner of Internal Revenue</u>, No. 04-6797 (U.S.T.C. June 15, 2004). We deny the Commissioner's motion for sanctions and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>